UNITED STATES of America, Appellant, v. PAMLICO TIMBER CORPORATION, Appellee.

No. 4312.

Circuit Court of Appeals, Fourth Circuit.
April 4, 1938.

J. O. Carr, U. S. Atty., of Wilmington, N. C., John H. Manning, Asst. U. S. Atty., of Raleigh, N. C., and Charles F. Rouse, Asst. U. S. Atty., of Kinston, N. C.

W. B. Rodman, Jr., of Washington, N. C., and Clarence E. Martin, of Martinsburg, W. Va., for appellee.

PER CURIAM.

Cause remanded to the District Court, with permission to enter such order and judgment as may be appropriate in the premises, on the motion of appellant. Order filed.

UNITED STATES of America, Appellee, v. PEERLESS WEIGHING & VENDING MACHINE CORPORATION and Consolidated Automatic Merchandising Corporation, Appellants.

No. 433.

Circuit Court of Appeals, Second Circuit.
June 10, 1938.

Smyth & Tuttle, of New York City, for appellants.

Lamar Hardy, U. S. Atty., of New York City.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

The order will be modified as to the Peerless Weighing & Vending Machine Corporation by computing the interest at six per cent after March 27, 1935. The appeal of the Consolidated Automatic Merchandise Corporation will be dismissed.

UNITED STATES of America, Plaintiff-Appellee, v. PUNG SEETOO, Defendant-Appellant.

No. 6683.

Circuit Court of Appeals, Seventh Circuit.
June 17, 1938.

MAJOR, Circuit Judge.

On motion of counsel for appellant, counsel for appellee consenting thereto, it is now here ordered and adjudged by this Court that this appeal be, and the same is hereby, dismissed.

UNITED STATES of America ex rel. Aristides GAROS, Relator-Appellant, v. Rudolph REIMER, Commissioner of Immigration, Respondent-Appellee.

No. 390.

Circuit Court of Appeals, Second Circuit.
July 5, 1938.

James E. Wilkinson, of Brooklyn, N. Y., for appellant.

Lamar Hardy, U. S. Atty., of New York City (Dolores C. Faconti, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.